[Nos. 21019–0–I; 21024–6–I;  Division One.  March 5, 1990.].
21134–0–I; 21138–2–I;
23011–5–I; 23064–6–I.

RSR CORPORATION, ET AL, *Respondents,* v. BERGSOE METAL CORPORATION, *Defendant,* PAUL BERGSOE & SONS A/S, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 84–2–16023–3, Shannon Wetherall, J., entered

September 23, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.